**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7661**

HENRY WAYNE COLLIER,

        Petitioner - Appellant,

      v.

R. HUDGINS, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:19-cv-00234-FPS)

Submitted:  April 16, 2020                          Decided:  June 9, 2020

Before FLOYD, THACKER, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry Wayne Collier, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Wayne Collier, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2018) petition without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Collier v. Hudgins*, No. 5:19-cv-00234-FPS (N.D.W. Va. Oct. 29, 2019); *see also Braswell v. Smith*, 952 F.3d 441, 450 (4th Cir. 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*